IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILSA GUZMAN FAJARDO,<br>Agency No. AXXX XX6 855,<br><br>Petitioner,<br><br>vs.<br><br>WILLIAM BARR, in his official capacity as the Attorney General of the United States,<br>KIRSTJEN NIELSEN, in her official capacity as Secretary of Homeland Security,<br>RICARDO WONG, in his official capacity as Chicago Field Office Director for U.S. Immigration and Customs Enforcement,<br>DAMON ACUFF, in his official capacity as Warden of the Pulaski County Detention Center,<br>And the U.S. DEPARTMENT of HOMELAND SECURITY,<br><br>Respondents. | Case No. 19-cv-255-NJR |

## MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

This matter is before the Court on Petitioner's Motion to Dismiss Without Prejudice (Doc. 19), which asserts that the matter is now moot. Petitioner was released from custody on March 12, 2019. The motion represents that since Petitioner's release, Respondents have acquiesced to the reopening of her immigration proceedings and rescinding the previously-issued Order of Removal. Petitioner further states that Respondents do not object to dismissal of this matter. Petitioner reserves her rights under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Respondents have not filed a status report, which was due on May 3, 2019, nor have they filed any response opposing the motion. The response, if any, was due on June 3, 2019.

1

Accordingly, the Motion to Dismiss (Doc. 19) is **GRANTED**. This action is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to enter judgment and close this case.

**IT IS SO ORDERED.**

**DATED:  June 4, 2019**

*[signature: Nancy J. Rosenstengel]*

**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**